# United States District Court

Northern **DISTRICT OF** California

*E-filing*

See 1 in Addendum
**V.**
See 2 in Addendum

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

**CV 08 2179 MMC**

TO: (Name and address of defendant)

CALIFORNIA COATINGS - WATERPROOFING ENGINEERS, INC.
c/o Justen L. Nero
850 S. Van Ness Ave.
San Francisco, CA 94110

**YOU ARE HEREBY SUMMONED** and required to serve up on PLAINTIFF'S ATTORNEY (name and address)

Kent Khtikian, Esq.
Kimberly Hancock, Esq.
Katzenbach and Khtikian
1714 Stockton Street, Suite 300
San Francisco, CA 94133-2930

an answer to the complaint which is herewith served upon you, within ____Twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

APR 2 8 2008

CLERK

DATE

Helen L. Almacen
(BY) DEPUTY CLERK