IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA COATINGS - WATERPROOFING ENGINEERS, INC., doing business as "Pacific Coast Restoration,"<br><br>Defendant._____/ | No. C-08-2179 MMC<br><br>**ORDER EXTENDING TIME FOR SERVICE OF SUMMONS AND COMPLAINT; CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court is in receipt of plaintiffs' Case Management Conference Statement, filed July 25, 2008, in which plaintiffs request the Court extend, by at least 120 days, the time for effecting service of the summons and complaint upon defendant, and continue, by approximately 120 days, the case management conference previously scheduled for August 1, 2008, for the reason that plaintiffs have been unable, despite repeated attempts, to serve defendant.

Good cause appearing for a limited extension, the time by which plaintiffs must serve defendant with the summons and complaint is hereby EXTENDED to October 28, 2008, and the case management conference is hereby CONTINUED to December 5, 2008

at 10:30 a.m.  A joint case management statement shall be filed no later than November 26, 2008.

**IT IS SO ORDERED.**

Dated: July 28, 2008

_____
MAXINE M. CHESNEY
United States District Judge